```
Entered on Docket
March 11, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Signed: March 10, 2010

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

PROBER & RAPHAEL, A LAW CORPORATION
DEAN PROBER, ESQUIRE #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
MELISSA VERMILLION, ESQUIRE #241354
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
(818) 227-0100
Attorneys for Secured Creditor
F.040-980
Attorneys for Secured Creditor U. S. Bank N. A., Successor in interest to the FDIC as receiver for Downey Savings & Loan Association, F.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EMILY MARIE PANGILINAN,<br><br>Debtor.<br>_____<br><br>_____ | Bk. No. 09-40116<br><br>CHAPTER 13<br><br>R.S. No. DRP – 630<br><br>**ORDER ON STIPULATION RE ADEQUATE PROTECTION**<br><br>Hearing-<br>Date : February 10, 2010<br>Time : 10:30 AM<br>Place : U.S. Bankruptcy Court<br>         1300 Clay Street, 2nd Floor<br>         Oakland, CA<br>         Courtroom 220 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the relief sought as set forth in the Stipulation Re Adequate Protection filed by Secured Creditor U. S. Bank N. A., Successor in interest to the FDIC as receiver for Downey Savings & Loan Association, F.A., its assignees and/or successors in interest, on March 9, 2010 is granted.

* * * END OF ORDER* * *

Case: 09-40116    Doc# 28    Filed: 03/10/10    Entered: 03/11/10 14:15:09    Page 1 of 2

COURT SERVICE LIST

CASE NO.: 09-40116
DEBTOR : Emily Marie Pangilinan


Emily Marie Pangilinan
18 Wexford Place
Alameda, CA 94502
Debtor

James A. Pixton, Esquire
1524-A Lincoln Avenue
Alameda, CA 94501
Attorney for Debtor

Martha G. Bronitsky
P. O. Box 5004
Hayward, CA 94540-5004
Chapter 13 Trustee

U.S. Trustee
1301 Clay Street, Room 690N
Oakland, CA 94612-5202

Chief Judge Randall J. Newsome
Mailing Address:
PO Box 2070
Oakland, CA 94604-2070
 Judge's Courtesy Copy